145 BRADFORD DRIVE
W. BERLIN, NJ 08091

RETURN SERVICE REQUESTED



888-688-5700 * 856-768-9995
Fax: 856-768-4355

February 11, 2013

116

HAMMERMAN LEGAL CONSULTANTS, P
EVAN HAMMERMAN
13723 LAMBERTINA PL STE 7
ROCKVILLE MD  20850-5439

| RE: | AETNA |
|---|---|
| Acct#: | 0800667131001 |
| Our File#: | 387529 |
| Date of Invoice: | 10/31/2012 |
| Balance Due: | $1,295.00 |

Dear EVAN HAMMERMAN

We represent **AETNA** in the above captioned matter. **AETNA** has turned this account over to us for collection due to your failure to reply to their request for payment.
I have enclosed a return envelope for your convenience. Please make your check payable to **AETNA** in the amount of **$1,295.00** and send it to me immediately.

For ease and convenience, make your payment today at www.gbcollects.com and click on the "Make a Payment" button.

Sincerely,
GB Collects LLC
Recovery Agent



Exhibit A

- - - - - - - - - - DETACH LOWER PORTION AND RETURN WITH YOUR PAYMENT - - - - - - - - - -

HAMMERMAN LEGAL CONSULTANTS, P
EVAN HAMMERMAN
13723 LAMBERTINA PL STE 7
ROCKVILLE MD  20850-5439

| RE: | AETNA |
|---|---|
| Acct#: | 0800667131001 |
| Our File#: | 387529 |
| Date of Invoice: | 10/31/2012 |
| Balance Due: | $1,295.00 |

*Due date is 7 days after February 11, 2013*

Please make your check payable to:
AETNA

GB COLLECTS, LLC
145 BRADFORD DR
WEST BERLIN NJ  08091-9269

00101

145 BRADFORD DRIVE
W. BERLIN, NJ 08091

RETURN SERVICE REQUESTED



888-688-5700 * 856-768-9995
Fax: 856-768-4355

February 12, 2013

89

HAMMERMAN LEGAL CONSULTANTS, P
EVAN HAMMERMAN
13723 LAMBERTINA PL STE 7
ROCKVILLE MD 20850-5439

| RE: | AETNA |
|---|---|
| Acct#: | 0800667131001 |
| Our File#: | 387529 |
| Date of Invoice: | 10/31/2012 |
| Balance Due: | $1,295.00 |

Dear EVAN HAMMERMAN

We represent **AETNA** in the above captioned matter. **AETNA** has turned this account over to us for collection due to your failure to reply to their request for payment.

I have enclosed a return envelope for your convenience. Please make your check payable to **AETNA** in the amount of **$1,295.00** and send it to me immediately.

*For ease and convenience, make your payment today at www.gbcollects.com and click on the "Make a Payment" button.*

Sincerely,
Merari Torres
Recovery Agent
Extension: 130



EXHIBIT B

DETACH LOWER PORTION AND RETURN WITH YOUR PAYMENT

HAMMERMAN LEGAL CONSULTANTS, P
EVAN HAMMERMAN
13723 LAMBERTINA PL STE 7
ROCKVILLE MD 20850-5439

| RE: | AETNA |
|---|---|
| Acct#: | 0800667131001 |
| Our File#: | 387529 |
| Date of Invoice: | 10/31/2012 |
| Balance Due: | $1,295.00 |

*Due date is 7 days after February 12, 2013*

Please make your check payable to:
**AETNA**

GB COLLECTS, LLC
145 BRADFORD DR
WEST BERLIN NJ 08091-9269

Case 8:13-cv-01606-DKC   Document 2-1   Filed 06/04/13   Page 3 of 4

145 BRADFORD DRIVE
W. BERLIN, NJ 08091

RETURN SERVICE REQUESTED



888-688-5700 * 856-768-9995
Fax: 856-768-4355

March 25, 2013

137

HAMMERMAN LEGAL CONSULTANTS, P
EVAN HAMMERMAN
13723 LAMBERTINA PL STE 7
ROCKVILLE MD  20850-5439

| RE: | AETNA |
|---|---|
| Acct#: | 0800667131001 |
| Our File#: | 387529 |
| Date of Invoice: | 10/31/2012 |
| Balance Due: | $1,295.00 |

Dear EVAN HAMMERMAN

After repeated requests, we have not heard from you regarding the above delinquent balance of $1,295.00 owed to our client, **AETNA**.

Due to your lack of payment, we are forced to proceed with further collection activity. In order to resolve this seriously delinquent issue, you must remit payment in full of $1,295.00 immediately. Please make your check payable to **AETNA** and send it to me at the above address today.

For ease and convenience, make your payment today at www.gbcollects.com and click on the "Make a Payment" button.

Sincerely,
Merari Torres
Recovery Agent
Extension: 130

EXHIBIT C

---

DETACH LOWER PORTION AND RETURN WITH YOUR PAYMENT

HAMMERMAN LEGAL CONSULTANTS, P
EVAN HAMMERMAN
13723 LAMBERTINA PL STE 7
ROCKVILLE MD  20850-5439

| RE: | AETNA |
|---|---|
| Acct#: | 0800667131001 |
| Our File#: | 387529 |
| Date of Invoice: | 10/31/2012 |
| Balance Due: | $1,295.00 |

*Due date is 7 days after March 25, 2013*

Please make your check payable to:
**AETNA**

GB COLLECTS, LLC
145 BRADFORD DR
WEST BERLIN NJ  08091-9269

**HAMMERMAN LEGAL CONSULTANTS, PLLC**

Prepared Date: 09/13/12
Invoice Number: B0416924
Triad Number: E12A
Account Number: 80066713
Bill Package: 0001
Coverage Period: 10/01/12-10/31/12

## CURRENT INFORCE CHARGES

| Subscriber Name | Subscriber ID | *Type | Medical Prem | Total Sub |
|---|---|---|---|---|
| HAMMERMAN, EVAN | xxxxx6048 | 024 106 | 553.00 | $553.00 |
| HAMMERMAN, ROBIN | xxxxx4192 | 024 106 | 1,023.00 | $1,023.00 |
| **Total Current Charges** | | | **$1,576.00** | **$1,576.00** |

*See Plan Key