### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| EVAN HAMMERMAN,<br>　　　　Plaintiff | : | CIVIL ACTION |
| | : | |
| v. | : | NO. DKC 13-1606 |
| | : | |
| GB COLLECTS, LLC,<br>　　　　Defendant | : | JURY TRIAL DEMANDED |

### ORDER

IT IS ON THIS      day of           , 2013, upon Defendant GB Collects, LLC's Motion for Sanctions; Opposition, if any; arguments of counsel, if any; and for good cause shown

ORDERED that Defendant's Motion is GRANTED; and it is further

ORDERED that Defendant shall submit a Fee Petition within twenty (20) days of the date of this Order for consideration by the Court.

**BY THE COURT:**

_____
　　　　　　　　J.

{00697187;v1}