# EXHIBIT 1





*A Pennsylvania Professional Corporation*
ATTORNEYS AT LAW
www.finemanlawfirm.com

**PHILADELPHIA OFFICE**
BNY Mellon Center
1735 Market Street, Suite 600
Philadelphia, PA 19103-7513
(215) 893-9300
Fax: (215) 893-8719

RICHARD J. PERR
Direct Dial: (215) 893-8724
E-Mail: rperr@finemanlawfirm.com

**NEW JERSEY OFFICE**
20 Brace Road
Suite 350
Cherry Hill, NJ 08034
(856) 795-1118
Fax: (856) 795-1110

*Please Reply to Philadelphia Office*

June 18, 2013

*VIA email echlaw@aol.com & FIRST CLASS MAIL*
Evan Hammerman
13723 Lambertina Place
Rockville, MD 20850

RE:   Evan Hammerman v. GB Collects, LLC
      U.S.D.C., MD D, Civil No. 8:13-cv-01606-DKC
      Our File No. 3061/20696

Dear Mr. Hammerman:

    Pursuant to Federal Rule of Civil Procedure 11, attached is Defendant GB Collects, LLC's Motion for Sanctions and Memorandum of Law in Support Thereof (the "Motion"). You have a safe harbor period of 21 days to dismiss the Complaint with prejudice, after which time the Motion can be presented to the Court. As set forth in the Motion, you continue to prosecute a frivolous action that alleges FDCPA claims on which you cannot prevail as a matter of law. Please be guided accordingly.

                              Very truly yours,

                              /S/ Richard J. Perr

                              Richard J. Perr

RJP:mfm
Attachments

{00684078;v1}

# Farrell Macklin

| | |
|---|---|
| **From:** | Farrell Macklin on behalf of Richard Perr |
| **Sent:** | Tuesday, June 18, 2013 4:20 PM |
| **To:** | 'echlaw@aol.com' |
| **Subject:** | HAMMERMAN V. GB COLLECTS |
| **Attachments:** | HAMMERMAN 6-18-13 Hammerman w motion for sanctions (00684078).pdf; HAMMERMAN motion for sanctions (00684071).PDF |

Dear Mr. Hammerman:

Please see my attached 6/18/13 letter with attachments addressed to you.

Richard J. Perr



M. Farrell Macklin
Legal Assistant

**FINEMAN Krekstein & Harris**

BNY Mellon Center
1735 Market Street, Suite 600
Philadelphia, PA 19103
T 215.893.8758  F 215.893.8719

- Email Address
- Website

The information contained in this email, including any attachments, may contain privileged, confidential and/or proprietary information. This information is intended solely and exclusively for the use of the addressee, and others that have been authorized to receive it. If you are not an intended or authorized recipient, any use of, reliance upon, dissemination of, distribution of or copying of this communication, and/or any attachments hereto, is strictly prohibited. If you have received this communication in error, please notify the sender immediately, and immediately delete this communication including any attachments and destroy all copies. Thank you.

In compliance with U.S. Treasury regulations, we are informing you that unless we have expressly stated otherwise in this email, nothing in this email, including any attachments, is intended or written in any way to be used, nor may it be used, by any person or entity: (1) to avoid any penalties under federal tax laws of any kind; or (2) in promoting, marketing or recommending to another party any transaction(s) or tax-related matter(s) that may be addressed herein.