```
            IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF MARYLAND
```

EVAN HAMMERMAN                   :

                                  :

   v.                            :   Civil Action No. DKC 13-1606

                                  :

GB COLLECTS, LLC                 :

**ORDER**

For the reasons stated in the foregoing Memorandum Opinion, it is this 28th day of October, 2013, by the United States District Court for the District of Maryland, ORDERED that:

1. The motion for summary judgment filed by Defendant GB Collects, LLC (ECF No. 13) BE, and the same hereby IS, GRANTED;

2. JUDGMENT BE, and the same hereby IS, ENTERED in favor of GB Collects, LLC and against Evan Hammerman on all claims;

3. Defendant's motion for sanctions (ECF No. 14) BE, and the same hereby IS, DENIED; and

4. The clerk will transmit copies of the Memorandum Opinion and this Order to counsel for Defendant and directly to *pro se* Plaintiff and CLOSE this case.

                                                          /s/
                                          DEBORAH K. CHASANOW
                                          United States District Judge